# Court of Appeals
# of the State of Georgia

ATLANTA,  January 16, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0900. ANNE MARIE THOMPSON v. GAS EXPRESS, LLC.**

In this premises liability action, the trial court issued a final order on November 2, 2023, granting summary judgment to defendants Gas Express, LLC and 193 Hwy 211, LLC. Plaintiff Anne Marie Thompson filed a motion for reconsideration, which the trial court denied on January 18, 2024. On February 15, 2024, Thompson filed this direct appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). While the grant of summary judgment is subject to direct appeal, see OCGA § 9-11-56 (h), a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's January 18 order is not appealable, and Thompson's appeal — filed 105 days

after the court's November 2, 2023 order — is untimely as to that order. See OCGA § 5-6-38 (a); *Bell*, 244 Ga. App. at 510-511. For these reasons, Thompson's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/16/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*